IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Kurt Charles Mechler D.C.  : | |
| : | |
| Plaintiff(s)  : | |
| : | Case Number: 1:02cv948 |
| vs.  : | |
| : | District Judge Susan J. Dlott |
| R.W. Hodges, et al.,  : | |
| : | |
| Defendant(s)  : | |

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Timothy S. Hogan. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on December 5, 2005 Report and Recommendations (Doc. 119). Subsequently, the Plaintiff filed objections to such Report and Recommendations (Doc. 120), Defendants filed a response to Plaintiff's Objections (Doc. 121) and Plaintiff filed a reply to the response (Doc. 122).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendations should be adopted.

It is ORDERED that Plaintiff's Motions for Ruling (Doc. 107) and for Revision and/or Modification of the Court's Order of June 15, 2005 (Doc. 114) are DENIED.

IT IS SO ORDERED.

       ___s/Susan J. Dlott_____
       Susan J. Dlott
       United States District Judge